**Victor Graciano MEDEL, Petitioner**

v.

**Michael B. MUKASEY,* Attorney General, Respondent.**

**No. 06–70257.**

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2008.**

Filed March 26, 2008.

Victor Graciano Medel, San Luis Obispo, CA, pro se.

Before: CANBY, T.G. NELSON, and BEA, Circuit Judges.

## MEMORANDUM ***

Victor Graciano Medel, a native and citizen of Mexico, petitions pro se for review

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* Michael B. Mukasey is substituted for his predecessor, Alberto R. Gonzales, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

of the decision of the Board of Immigration Appeals denying his motion to reopen and reconsider the underlying denial of petitioner's application for cancellation of removal based on his failure to establish exceptional and extremely unusual hardship to his United States citizen child.

The evidence petitioner presented with his motion to reopen concerned the same hardship grounds as his underlying application for cancellation of removal. We therefore lack jurisdiction to review the BIA's discretionary determination that petitioner failed to establish the requisite hardship. *See Fernandez v. Gonzales,* 439 F.3d 592, 600–03 (9th Cir.2006).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.